ACCEPTED
12-15-00193-CV
TWELFTH COURT OF APPEALS
TYLER, TEXAS
10/21/2015 10:12:48 AM
Pam Estes
CLERK

## NO. 12-15-00193-CV

| | | |
|---|---|---|
| **IN RE** | § | **IN THE COURT OF APPEALS** |
| | § | |
| | § | |
| **JAMIE MAJORS** | § | **TWELFTH DISTRICT** |
| | § | |
| | § | |
| **RELATOR** | § | **TYLER, TEXAS** |

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
10/21/2015 10:12:48 AM
PAM ESTES
Clerk

### FIRST AMENDED MOTION FOR TEMPORARY RELIEF
### (REQUEST FOR EMERGENCY STAY OF TRIAL COURT PROCEEDINGS)

**TO THE HONORABLE JUSTICES OF SAID COURT:**

Now comes JAMIE MAJORS, RELATOR in the above-styled and numbered cause and MOVANT herein, and moves this Court to grant a temporary stay of the trial court proceeding, and for good cause shows the following:

1. This case is currently pending before this Court on application or petition for writ of mandamus from the County Court at Law, Anderson County, Texas the Honorable Jeff Doran, presiding judge;

2. The petition for writ of mandamus was filed with this Court on July 29, 2015;

3. Respondent and Real Party in Interest Heather Majors has set a final hearing for tomorrow October 21, 2015 at 1:30 pm before the County Court at Law of Anderson County, Texas on a Motion for Enforcement and Contempt in an attempt to compel the children the subject of this suit to Texas from Virginia;

4. The case is on petition for writ of mandamus arising out of a claim that the County Court at Law of Anderson County, Texas should have declined jurisdiction pursuant to section 152.202(a)(1) of the Texas Family Code. Movant contends that allowing the court to proceed to judgment with the court's jurisdiction at the core of the complaint presents a

significant risk of harm to the parties involved since depending on this Court's determination of the request for a writ of mandamus, any action taken by the lower court could be improper.

WHEREFORE, PREMISES CONSIDERED, Movant prays that this Court: grant this request for a temporary stay pending determination of the petition for writ of mandamus or until further order of this Court, and for such other and further relief as the Court may deem appropriate.

Respectfully submitted,

By:*/s/ Jeffrey L. Coe*
      Jeffrey L. Coe
      Attorney at Law
      State Bar No. 24001902
      1000 N. Church St.
      P.O. Box 1157
      Palestine, TX  75802-1157
      Tel. (903) 723-0331
      Fax. (888) 651-6851
      Attorney for Movant

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above Motion for Temporary Relief has this day, October 20, 2015, been sent via email transmission, to the following:

| VIA HAND DELIVERY | VIA ELECTRONIC DELIVERY |
|---|---|
| Honorable Jeff Doran | Office of the Attorney General of Texas |
| County Court at Law – Anderson County | John B. Worley |
| 500 N. Church St. | PO Box 12017 |
| Palestine, Texas 75801 | Austin, Texas 78711-2017 |
| | john.worley@texasattorneygeneral.gov |
| VIA HAND DELIVERY | |
| Colin McFall | |
| Attorney at Law | |
| 513 N. Church St. | |
| Palestine, Texas 75801 | |

*/s/ Jeffrey L. Coe*
Jeffrey L. Coe,
Attorney at Law

## CERTIFICATE OF EFFORTS TO CONTACT ALL PARTIES

Jeffrey L. Coe, Attorney for Relator and Movant, contacted Colin McFall on October 20, 2015 and Deterrean Gamble on October 21, 2015 notifying them in person that it was the intent of Movant to file this Motion for Temporary Relief expeditiously as a result of the scheduled hearing for tomorrow October 21, 2015 at 1:30 pm. Additionally, on October 21, 2015, Jeffrey L. Coe, Attorney for Relator and Movant, contacted the County Court at Law of Anderson County, Texas to notify the court of the filing of the request for Temporary Relief.

*/s/ Jeffrey L. Coe*
Jeffrey L. Coe,
Attorney at Law